UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARLA D. TOUCHY** | | **CIVIL ACTION NO.:** |
| **Plaintiff** | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| | * | |
| **LAKEVIEW MEDICAL CENTER,** | * | |
| **LLC d/b/a LAKEVIEW REGIONAL** | * | |
| **MEDICAL CENTER and** | * | |
| **XYZ INSURANCE CO.** | * | |
| **Defendants.** | * | |

## NOTICE OF REMOVAL

Defendant, Lakeview Medical Center, LLC ( "Defendant" or "Petitioner"), hereby files this Notice of Removal seeking the removal of this case from the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana to the United States District Court for the Eastern District of Louisiana and respectfully represents that:

1.

Petitioner is a defendant in a civil suit brought against it in the 22nd Judicial District Court for Parish of St. Tammany, Louisiana, entitled *"Carla D. Touchy v. Lakeview Medical Center,*

*LLC d/b/a Lakeview Regional Medical Center and XYZ Insurance Company,* and assigned Docket Number 2012-16009 "B."

## THE NOTICE OF REMOVAL IS TIMELY

2.

Plaintiff commenced this action on November 9, 2012, by filing a Petition for Damages in the 22nd Judicial District Court, Parish of St. Tammany. Service of process of the Citation and Plaintiff's Petition was made upon Petitioner on November 19, 2012.

3.

This Notice of Removal is timely filed under 28 U.S.C. §1446(b) as thirty days have not expired since the receipt of by Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. In addition, one year has not expired since the commencement of the action. Consequently the notice of removal is timely filed under 28 U.S.C. § 1446(b).

## THERE IS JURISDICTION BASED ON DIVERSITY OF CITIZENSHIP

4.

According to Plaintiff's Petition, Plaintiff is a citizen of the State of Louisiana and resident of the Parish of St. Tammany.

5.

Defendant is, at the time of filing of this notice of removal, and was, at the date this lawsuit was commenced, a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Nashville, Tennessee.

6.

Plaintiff has asserted a claim against Defendant for negligence in connection with her termination from employment on January 31, 2012, and subsequent suspension of her nursing license by the Louisiana State Board of Nursing on or about March 21, 2012.

7.

Plaintiff is seeking damages against Defendant for lost wages, emotional distress, damage to reputation, increased insurance premiums, and damage to her reputation, along with litigation expenses.

8.

This Court has original jurisdiction over this case through diversity of citizenship, 28 U.S.C. §1332, since diversity of citizenship exists between the parties and the matter in controversy exceeds the sum or value of $75,000.

9.

Pursuant to 28 U.S.C. §1446(a), Defendant attaches to this notice of removal as Exhibit "A," a copy of all process, pleadings and orders filed in the state court action. No pleadings, orders, or other process have been served on Defendant.

10.

Concurrent with the filing of this notice of removal, Defendant is giving written notice of the Notice of Removal to the 22nd Judicial District Court for the Parish of St. Tammany and to counsel for Plaintiff.

**WHEREFORE**, Petitioner, Lakeview Medical Center, LLC, prays that this Court order this cause removed from the 22nd Judicial District Court for Parish of St. Tammany to the United

States District Court for the Eastern District of Louisiana, as provided by law and thereupon proceed with this civil action as if it had originally been commenced in this Court.

>Respectfully submitted,
>
>/s/ Leslie W. Ehret
>**LESLIE W. EHRET (#18494)**
>**SUZANNE M. RISEY (#25488)**
>**FRILOT L.L.C.**
>1100 Poydras Street, Suite 3700
>New Orleans, LA  70163
>Telephone:    (504) 599-8000
>Facsimile:    (504) 599-8100
>E-mail: lehret@frilot.com
>            srisey@frilot.com
>**Counsel for Defendant,**
>**Lakeview Medical Center, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of December, 2012, she electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

>/s/ Leslie W. Ehret

4