# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARLA D. TOUCHY,**<br>  **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-3001** |
| **LAKEVIEW MEDICAL CENTER LLC,**<br>  **Defendant** | **SECTION "E"** |

## ORDER

Before the Court is plaintiff's motion to remand.[1] In addition to seeking remand of this case back to state court, plaintiff seeks an award of "just costs and any actual expenses, including attorney fees, incurred as a result of the removal" under 28 U.S.C. § 1447(c). Defendant does not oppose this case being remanded, but argues that plaintiff's request for attorney's fees and costs should be denied.[2]

Under 28 U.S.C. § 1447(c), a plaintiff seeking remand may be entitled to attorney's fees and other just costs associated with an improvident removal by a defendant. However, while this statute authorizes the Court to award fees and costs upon remanding a case back to state court, it does not require such an award, and the Court has discretion to determine if the circumstances surrounding the removal were such that an award of fees and costs to the party resisting removal is warranted. *See, e.g., Valdes v. Wal-Mart Stores, Inc.*, 199 F.3d 290, 292 (5th Cir. 2000). The Court, in its discretion, finds that an award of costs and fees to plaintiff is not appropriate in this case.

Accordingly, **IT IS ORDERED** that plaintiff's motion to remand, to the extent it

---

[1] R. Doc. 17.

[2] R. Doc. 24.

1

contains a request that this case be remanded back to state court, be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that this case be and hereby is **REMANDED** to the 22nd Judicial District Court of Louisiana.

**IT IS FURTHER ORDERED** that plaintiff's motion to remand, to the extent it contains a request for an award of fees and costs under 28 U.S.C. § 1447(c), be and hereby is **DENIED.**

**IT IS FURTHER ORDERED** that all other pending motions in this case be and hereby are **DISMISSED AS MOOT.**

New Orleans, Louisiana, this __24th__ day of June, 2013.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**